UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| AUDREY BERNSTEIN, on behalf of herself and all others similarly situated, | : <br> : <br> : Civil Action No. 2:20-cv-03695-ES-CLW <br> : |
| Plaintiff, | : <br> : |
| v. | : NOTICE OF VOLUNTARY <br> : DISMISSAL |
| TD AMERITRADE HOLDING CORPORATION, JOSEPH H. MOGLIA, STEVE BOYLE, LORENZO A. BETTINO, V. ANN HAILEY, BRIAN M. LEVITT, KAREN E. MAIDMENT, BHARAT B. MASRANI, IRENE R. MILLER, MARK L. MITCHELL, WILBUR J. PREZZANO, TODD M. RICKETTS, ALLAN R. TESSLER, and CHARLES SCHWAB CORPORATION, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : <br> : |

---

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Audrey Bernstein ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: June 15, 2020

/s/ Howard T. Longman
Howard T. Longman
New Jersey Bar #264 88 2018
**STULL STULL & BRODY**
354 Eisenhower Parkway, Suite 1800

                                                                          Livingston, New Jersey 07039
                                                                          T/(973) 994-2315
                                                                          F/973-994-2319
                                                                          E/hlongman@ssbny.com

Of Counsel:

Lynda J. Grant
**THEGRANTLAWFIRM, PLLC**
521 Fifth Avenue, 17th Floor
New York, NY 10175
T/212-292-4441
F/212-292-4442
E/lgrant@grantfirm.com

                                                **SO ORDERED.**

                                                _____
                                                **Hon. Esther Salas, U.S.D.J.**
                                                **Date**: June 16, 2020